1  Leandro F. Delgado (SBN 293738)
   ldelgado@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA  94111-5840
   Telephone:     (415) 591-1000
4  Facsimile:     (415) 591-1400

5  Attorneys for Defendants
   THE PASHA GROUP, PASHA HAWAII HOLDINGS LLC,
6  PASHA HAWAII TRANSPORT LINES LLC,
   SR HOLDINGS LLC, SUNRISE VESSEL OPERATIONS LLC,
7  and SUNRISE OPERATIONS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS,<br><br>Plaintiff,<br>v.<br><br>SUNRISE OPERATIONS, LLC, et al.,<br><br>Defendants. | **Case No. 4:20-cv-04722-KAW**<br><br>**NOTICE OF APPEARANCE OF LEANDRO F. DELGADO AS COUNSEL OF RECORD FOR DEFENDANTS** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Leandro F. Delgado of Winston & Strawn LLP, who is a member of the bar of this Court, hereby enters his appearance in this action as counsel for Defendants. The undersigned respectfully requests to be included on the Court's notification of all electronic filings in the action, and that papers or documents not subject to electronic filing be served at the address below.

Dated: July 29, 2020

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Leandro F. Delgado*
Leandro F. Delgado (SBN 293738)
ldelgado@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Counsel for Defendants
Sunrise Operations LLC, et al.