1  Leandro F. Delgado (SBN 293738)
   ldelgado@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA  94111-5840
   Telephone:      (415) 591-1000
4  Facsimile:       (415) 591-1400

5  Attorneys for Defendants
   THE PASHA GROUP, PASHA HAWAII HOLDINGS LLC,
6  PASHA HAWAII TRANSPORT LINES LLC,
   SR HOLDINGS LLC, SUNRISE VESSEL OPERATIONS LLC,
7  and SUNRISE OPERATIONS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SUNRISE OPERATIONS, LLC, et al.,<br><br>　　　　　Defendants. | **Case No. 4:20-cv-04722-KAW**<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 29, 2020                     Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Leandro F. Delgado*
    Leandro F. Delgado (SBN 293738)
    ldelgado@winston.com
    WINSTON & STRAWN LLP
    101 California Street, 35th Floor
    San Francisco, CA  94111-5840
    Telephone:    (415) 591-1000
    Facsimile:    (415) 591-1400

    Counsel for Defendants
    Sunrise Operations LLC, et al.