1  William G. Miossi (*pro hac vice*)
   WMiossi@winston.com
2  WINSTON & STRAWN LLP
   1901 L Street, NW
3  Washington, DC 20036
   Telephone:   (202) 282-5000
4  Facsimile:   (202) 282-5100

5  Leandro F. Delgado (SBN 293738)
   LDelgado@winston.com
6  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
7  San Francisco, CA  94111-5840
   Telephone:   (415) 591-1000
8  Facsimile:   (415) 591-1400

9  Attorneys for Defendants
   THE PASHA GROUP, PASHA HAWAII HOLDINGS LLC,
10 PASHA HAWAII TRANSPORT LINES LLC,
   SR HOLDINGS LLC, SUNRISE VESSEL OPERATIONS LLC,
11 AND SUNRISE OPERATIONS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS,<br><br>Plaintiff,<br>v.<br><br>SUNRISE OPERATIONS, LLC, et al.,<br><br>Defendants. | Case No. 3:20-cv-04722-JD<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>**Judge:         James Donato**<br>**Hearing Date:  March 4, 2021**<br>**Hearing Time:  10:00 a.m.** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants The Pasha Group, Pasha Hawaii Holdings LLC, Pasha Hawaii Transport Lines LLC, SR Holdings LLC, Sunrise Vessel Operations LLC, and Sunrise Operations LLC submit this Statement of Recent Decision.  Plaintiff International Organization of Masters, Mates & Pilots' Complaint (ECF No. 1) and Motion to Compel Arbitration and for Preliminary Injunction Pending Arbitration ("Motion") (ECF No. 20) are predicated on the collective bargaining agreement ("CBA") between Plaintiff and Defendant Sunrise Operations, LLC. *See* Compl. 1–3; Mot. 1.  On November 9, 2020, after briefing on Plaintiff's Motion was complete, an arbitrator ruled on the jurisdictional question before the Court and found the CBA requires the parties to proceed to a Licensed Personnel Board—not an arbitrator—to settle their grievances.  The arbitrator's ruling is attached as **Exhibit A**.

Dated: December 4, 2020

WINSTON & STRAWN LLP

By:   /William G. Miossi

William G. Miossi (*pro hac vice*)
WMiossi@winston.com
1901 L Street, NW
Washington, DC 20036

Leandro F. Delgado (SBN 293738)
LDelgado@winston.com
101 California Street, 35th Floor
San Francisco, CA  94111-5840

Attorneys for Defendants
THE PASHA GROUP, PASHA HAWAII HOLDINGS LLC, PASHA HAWAII TRANSPORT LINES LLC, SR HOLDINGS LLC, SUNRISE VESSEL OPERATIONS LLC, and SUNRISE OPERATIONS LLC